# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:23-cr-24 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| | ) | Magistrate Judge Lee |
| RASHAD LINDSAY | ) | |
| | ) | |
| | ) | |

## ORDER

Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count One, Count Two, Count Three, Count Four, and Count Five of the five-count Indictment; (2) accept Defendant's guilty plea as to Count One, Count Two, Count Three, Count Four, and Count Five of the Indictment; (3) adjudicate the Defendant guilty of Count One, Count Two, Count Three, Count Four, and Count Five of the Indictment; (4) order that Defendant remain in custody until sentencing in this matter [Doc. 42]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 42] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count One, Count Two, Count Three, Count Four, and Count Five of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One, Count Two, Count Three, Count Four, and Count Five of the Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count One, Count Two, Count Three, Count Four, and Count Five of the Indictment; and

4. Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **January 25, 2024, at 2:00 p.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

*s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**